**DISMISS; and Opinion Filed March 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00071-CV

**KERRVILLE FITNESS PROPERTY, LLC, J. HOUSER CONSTRUCTION, INC. AND JOSH HOUSER D/B/A HOUSER CONSTRUCTION, Appellants**
**V.**
**PE SERVICES, LLC, LANDRY ARCHITECTS, AND FABRISTRUCTURE, INC., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05761**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

This appeal is duplicative of appellate cause number 05-17-01317-CV, which is being dismissed for want of jurisdiction by opinion of this same date. Accordingly, we dismiss this appeal and the pending motion to consolidate. *See* TEX. R. APP. P. 42.3(a).

/Ken Molberg/
KEN MOLBERG
JUSTICE

190071F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KERRVILLE FITNESS PROPERTY, LLC, J. HOUSER CONSTRUCTION, INC. AND JOSH HOUSER D/B/A HOUSER CONSTRUCTION, Appellants

No. 05-19-00071-CV     V.

PE SERVICES, LLC, LANDRY ARCHITECTS, AND FABRISTRUCTURE, INC., Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-05761.
Opinion delivered by Justice Molberg, Justices Whitehill and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees PE Services, LLC, Landry Architects, and Fabristructure, Inc. recover their costs, if any, of this appeal from appellants Kerrville Fitness Property, LLC, J. Houser Construction, Inc. and Josh Houser d/b/a Houser Construction.

Judgment entered this 25th day of March 2019.